1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Hon. Ricardo S. Martinez
Hearing Date:  May 28, 2010

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARCH INSURANCE COMPANY,                    )    Cause No.: C09-0602 RSM
                                           )
                    Plaintiff,             )    AFFIDAVIT OF MARK DYNAN RE:
                                           )    SCOTTSDALE'S MOTION TO COMPEL
          vs.                              )
                                           )
SCOTTSDALE INSURANCE COMPANY, a )
foreign corporation; and NORTHWEST         )
TOWER CRANE, a Washington corporation,     )
                                           )
                    Defendants.            )
                                           )
                                           )
_____ )

STATE OF WASHINGTON )
                               )ss.
COUNTY OF PIERCE        )

        MARK DYNAN, being first duly sworn upon oath deposes and says:

        1.      I am an attorney licensed to practice in the State of Washington.

        2.      I was originally appointed as defense counsel for Lease Crutcher Lewis, by Arch

Insurance Company.  The instant case arises out of a construction project known as the Tower

333 Project.  In that Project, Lease Crutcher Lewis ("LCL") was the general contractor.  On

AFFIDAVIT OF MARK DYNAN RE:                          BRANFELD & ASSOCIATES, P.S.
SCOTTSDALE'S MOTION TO COMPEL                        5350 ORCHARD ST. WEST, STE. 202
                                                     TACOMA, WA  98467
Case No. C09-0602RSM                                 (253) 472-2900  Seattle (206) 878--7385
Page  1

1  November 16, 2006, a tower crane at the site collapsed causing significant damage to adjacent

2  sites and killing a tenant in one of the neighboring buildings.

3          3.      While some of the lawsuits that were brought as a result of the accident, have

4  been resolved, there are still four cases pending for litigation.  I am still defending LCL in these

5  lawsuits.  In addition, there are two cases on appeal in which I am representing the interests of

6  LCL.

7          4.      In the course of my defense work, I have been in communication with officials

8  of LCL.  I have also been in communication with the adjusters for Arch Insurance Company.

9          5.      When the insurance limits of Arch were exhausted, another company that had

10  issued an excess coverage (umbrella) policy also retained this office to continue to represent

11  LCL in the remaining lawsuits.

12          6.      I have been instructed by corporate counsel for LCL to preserve the attorney-

13  client and work product privileges that I may have in the pending matters.  Accordingly, I

14  believe that I am barred from producing some of the documents requested by counsel for

15  Scottsdale Insurance Company.  I also believe that I am barred from answering certain

16  questions which might be put to me by counsel for Scottsdale.

17          7.      I am willing to answer any question which is not subject to an attorney-client or

18  work product privilege.  My counsel, Gary Branfeld, has so advised counsel for Scottsdale

19

20

21

22

23

24

25

AFFIDAVIT OF MARK DYNAN RE:
SCOTTSDALE'S MOTION TO COMPEL
Case No. C09-0602RSM
Page  2

BRANFELD & ASSOCIATES, P.S.
5350 ORCHARD ST. WEST, STE. 202
TACOMA, WA  98467
(253) 472-2900  Seattle (206) 878--7385

1 │ Insurance Company.  Based on the foregoing, I would request that the Motion to Compel as

2 │ against me be denied.

3 │        FURTHER AFFIANT SAYETH NOT.

4 │        Dated at Tacoma, Washington, on the 14 day of May, 2010.

6 │                                            MARK DYNAN

7 │        SUBSCRIBED AND SWORN to before me this 14 day of May, 2010.

9 │                                            NOTARY PUBLIC in and for the State

10 │                                            of Washington, residing at Spanaway

10 │                                            My commission expires: 8-19-2010

11 │                                            Print/Type Name: Kathy A. Bates

AFFIDAVIT OF MARK DYNAN RE:
SCOTTSDALE'S MOTION TO COMPEL
Case No. C09-0602RSM
Page  3

BRANFELD & ASSOCIATES, P.S.
5350 ORCHARD ST. WEST, STE. 202
TACOMA, WA  98467
(253) 472-2900  Seattle (206) 878--7385