UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>         Plaintiff,<br><br> v.<br><br>SCOTTSDALE INSURANCE COMPANY, a foreign corporation; and NORTHWEST TOWER CRANE, a Washington corporation,<br><br>         Defendants. | NO. C09-0602 RSM<br><br>DECLARATION OF JAY R. SEVER IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Jay R. Sever, do hereby declare:

1. I am over eighteen years of age. I have personal knowledge of the matters set forth herein and I am otherwise competent to testify to these matters.

2. I am a partner in the law firm Phelps Dunbar LLP and represent Scottsdale Insurance Company ("Scottsdale") as counsel of record in this matter.

DECLARATION OF JAY R. SEVER IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Cause No. C09-0602 RSM) – Page 1
PD.4044930.1

**PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130
P: (504) 566-1311  F: (504) 568-9130

3. Attached as identified exhibits hereto are true and correct copies of the following:

| Exhibit Number | Description of Document |
|---|---|
| A | Complaints filed in underlying matters (*in globo*): (1) *Kathleen Gaberson and Larry Ammon, et al. v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 07-2-32215-9 SEA; (2) *Plaza 305, L.L.C. v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 07-2-33136-1 SEA; (3) *Brickman Civica LLC v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 07-2-38868-1 SEA; (4) *Intelligent Results, Inc. v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 07-2-39334-0 SEA; and (5) *BRE Properties v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 08-2-14232-9 SEA. |
| B | Subcontract between Lease Crutcher Lewis and Northwest Tower Crane Service, Inc., Bates Nos. ARCH 006 – 00229 through ARCH 006 – 00266. |
| C | E-mail dated May 11, 2007 from Elaine M. Fischer, Washington State Department of Labor and Industries ("L & I") to Matthew G. Knopp, Peterson Young Putra enclosing L & I's Enforcement Case File Information, Bates Nos. ARCH 000714 through ARCH000732 |
| D | *In Re Tower Crane Collapse*, Superior Court of Washington for King County Case No.07-2-33136-1 SEA, Order Granting Motion to Consolidate Pretrial Matters to Individual Judge |
| E | Third-Party Complaints and Cross-Claims filed by Lease Crutcher Lewis (*in globo):* (1) *Plaza 305, L.L.C. v. Lease Crutcher Lewis, et al.,* Superior Court of Washington for King County, Case No. 07-2-33136-1 SEA; and (2) *Intelligent Results, Inc. v. Lease Crutcher Lewis, et al.*, Superior Court of Washington for King County, Case No. 07-2-39334-0 SEA |
| F | Scottsdale Policy No.BCS0013732, Bates Nos. SIC – MED 00001 through SIC – MED 00074 |
| G | *In Re Tower Crane Collapse*, Superior Court of Washington for King County Case No.07-2-33136-1 SEA, Order Granting Northwest Tower Crane's Motion for Reconsideration and Renewed Motion for Summary Judgment |
| H | Arch Insurance Company's "List Claim Payments" purporting to represent amounts paid to, or on behalf of, Lease Crutcher Lewis. |
| I | December 16, 2008 letter from John W. Roddy, Bullard, Brown & Beal, LLP to Scottsdale Insurance Company re: Crane Collapse |

DECLARATION OF JAY R. SEVER IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Cause No. C09-0602 RSM) – Page 2
PD.4044930.1

**PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130
P: (504) 566-1311  F: (504) 568-9130

| | |
|---|---|
| | Cases – Various Lawsuits v. Lease Crutcher Lewis  - Additional Insured Tender to Scottsdale Insurance Company |
| J | Arch Policy No. 71PKG2106802, Bates Nos. ARCH 006 – 00027 through ARCH 006 – 00166 |

4. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of July, 2010.

                                                s/ Jay R. Sever
                                                Jay R. Sever
                                                Phelps Dunbar LLC
                                                Canal Place
                                                365 Canal Street, Suite 2000
                                                New Orleans , LA 70130-6534
                                                Direct: (504) 584-9271
                                                severj@phelps.com

DECLARATION OF JAY R. SEVER IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Cause No. C09-0602 RSM) – Page 3
PD.4044930.1

**PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA  70130
P: (504) 566-1311  F: (504) 568-9130

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 6th 2010, the foregoing Declaration of Jay R. Sever in Support of Scottsdale Insurance Company's Motion for Partial Summary Judgment was filed electronically, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

> */s/ Jay R. Sever*
> Jay R. Sever, *Pro Hac Vice*
> Pablo Gonzalez, *Pro Hac Vice*
> 365 Canal Street, Suite 2000
> New Orleans, LA  70130-6534
> Telephone:  (504) 566-1311
> Facsimile:  (504) 568-9130 or 9007
> Email:  severj@phelps.com
>             pablo.gonzalez@phelps.com

DECLARATION OF JAY R. SEVER IN SUPPORT OF SCOTTSDALE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Cause No. C09-0602 RSM) – Page 4
PD.4044930.1

**PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA  70130
P: (504) 566-1311  F: (504) 568-9130